UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-CIV-20534-MORENO

LUIS BARRIOS,

     Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES,

     Defendant.

_____/

## <u>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL</u>

Undersigned counsel, Eduardo J. Hernandez of Eduardo J. Hernandez, LLC, hereby files the present Unopposed Motion to Withdraw as Counsel for Plaintiff. In support, undersigned counsel states as follows:

1.     Irreconcilable differences have arisen between counsel and Plaintiff, LUIS BARRIOS, which make ongoing representation impossible and make withdrawal absolutely necessary.

2.     Undersigned counsel has communicated, verbally and in writing, his intention to withdraw to Plaintiff, Plaintiff has been provided with a draft of this Motion, and Plaintiff is being served with the present Motion.

3.     The present Motion is being filed immediately after the need has arisen and is being filed for good cause.

4.     Undersigned counsel has conferred this day with counsel for Defendant and there is no objection to the requested relief.

WHEREFORE, Eduardo J. Hernandez of Eduardo J. Hernandez, LLC, respectfully moves the Court for entry of an Order permitting his/his firm's withdrawal from further representation of Plaintiff effective immediately.

EDUARDO J. HERNANDEZ, LLC

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Undersigned counsel certifies that he has conferred in person and telephonically with defense counsel and Defendant does not oppose the requested relief.

DATE: July 16, 2019

Respectfully submitted,

**EDUARDO J. HERNANDEZ, LLC**
*Attorneys for Plaintiff*
8660 West Flagler Street - Suite 124
Miami, Florida 33144
Telephone: (305) 567-0910
Facsimile: (786) 454-8905

By:     */s/ Eduardo J. Hernandez*
        EDUARDO J. HERNANDEZ
        Florida Bar No. 061451
        ehernandez@ejh-law.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on July 16, 2019, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing. This document has also been served on Luis Barrios via Email (lab85019@chinosoffice.com) and via U.S. Mail (2050 West Dunlap Avenue – No. 55, Phoenix, Arizona 85021)

        */s/ Eduardo J. Hernandez*
        EDUARDO J. HERNANDEZ
        Florida Bar No.: 061451
        ehernandez@ejh-law.com

## SERVICE LIST

**Eduardo J. Hernandez**
Florida Bar No. 061451
ehernandez@ejh-law.com.com
EDUARDO J. HERNANDEZ, LLC
8660 West Flagler Street - Suite 124
Miami, Florida 33414
Tel.: (305) 567-0910
Fax.: (786) 454-8905

**Attorneys for Plaintiff**

**Adam Finkel**
Florida Bar No. 73928
afinkel@maselaw.com
MASE, MEBANE & BRIGGS, PA
2601 S. Bayshore Drive - Suite 800
Miami, Florida 33133
Tel.: (305) 377-3770
Fax.: (305) 377-0080

**Attorneys for Defendant**