UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-20534-CIV-MORENO**

LUIS BARRIOS,

          Plaintiff,

vs.

CARNIVAL CORPORATION,

          Defendant.

_____/

### <u>ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL</u>

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion to Withdraw as Counsel **(D.E. 34)**, filed on **July 16, 2019**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion to withdraw is GRANTED. Attorney Eduardo Jesus Hernandez is **TERMINATED** as counsel of record for Plaintiff, and shall have no further responsibilities in this matter. The Clerk is hereby directed to remove Eduardo Jesus Hernandez from CM/ECF in this case. Plaintiff shall represent himself unless he obtains new counsel.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of July 2019.

          FEDERICO A. MORENO
          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record