UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-20534-CIV-MORENO

LUIS BARRIOS,

        Plaintiff,

vs.

CARNIVAL CORPORATION,

        Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court upon its Order Granting Motion to Compel Enforcement of Discovery Agreements. It is

**ADJUDGED** that this action is DISMISSED without prejudice due to Plaintiff's failure to timely respond to that Order. The Court warned that failure to timely respond "may result in the imposition of sanctions, including dismissal of the case." The Court additionally notes that Plaintiff appears to have stopped prosecuting the instant case by failing to retain counsel, respond to Defendant's Motion for Summary Judgment, or respond to the above aforementioned Order.

It is also

**ADJUDGED** that all pending motions are DENIED AS MOOT with leave to refile if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th of August 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Luis Barrios
2050 West Dunlap Avenue - No. 55
Phoenix, AR 85021
PRO SE

Luis Barrios
P.O. Box 37892
Phoenix, Arizona 85069
Lab85019@Chinosoffice.com
PRO SE