01/21/2020

As a request from the Court of Miami Florida, Here is my document.

FILED BY PG D.C.
JAN 22 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Luis Barrios

vs.

CARNIVAL

Miami = 19-20534-CIV-MORENO

Atlanta = 19-13621-G-

In God we Trust

Phoenix, AZ.



1-of-2 pages

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 19-20534-CIV-MORENO

LUIS BARRIOS,

   Plaintiff,

vs.

CARNIVAL CORPORATION,

   Defendant.

_____/

Received Friday 01/17/2020.
Sat
Sun
Mon - MLK Day: 01/20/2020
- Less time to deliver Doc - to the court.

## ORDER REOPENING CASE AND REQUIRING BRIEFING ON CITIZENSHIP OF THE PARTIES

THIS CAUSE came before the Court upon the Eleventh Circuit Court of Appeal's Limited Remand Order (D.E. 53), filed on **January 6, 2020**. Consistent with that Order, it is

**ADJUDGED** that the case is REOPENED, and that each of the parties must provide the Court with both information and evidence establishing the parties' citizenship for purposes of determining subject matter jurisdiction. While Plaintiff's complaint, at the time of filing, alleged that Carnival's principal place of business was Florida, the complaint did not adequately allege Carnival's state or foreign state of incorporation. *See* 28 U.S.C. § 1332(c)(1) (providing that a corporation is deemed a citizen of any state or foreign state in which it is incorporated and the state or foreign state in which it has its principal place of business).

Both parties must respond to this Order no later than **Friday, January 24, 2020 at noon**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___13___ of January 2020.

               _____
               FEDERICO A. MORENO
               UNITED STATES DISTRICT JUDGE

2 of 2 pages

Luis Barrios
2050 W. Dunlap Ave.
#D55
Phoenix, AZ. 85021

Clerk/Judge Moreno
Southern District of Florida
Miami Division
400 No. Miami Ave.
Miami, Florida
33128



CERTIFIED MAIL

7019 0160 0000 9802 3576



**PRIORITY MAIL EXPRESS**

UNITED STATES POSTAL SERVICE

$25.50

EJ 121 380 372 US

**FROM:** (PLEASE PRINT) PHONE ( 602-860-4556 )
Luis Barrios
2050 W. Dunlap Ave.
#D55
Phoenix, AZ 85021

**TO:** (PLEASE PRINT) PHONE ( )
Clerk/Judge Moreno
Southern District
400 No. Miami Ave.
Miami, Florida 33128

ZIP+4 (U.S. ADDRESSES ONLY): 33128-

EP13F Oct 2018
OD: 12 1/2 x 9 1/2


