UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-20534-CIV-MORENO

LUIS BARRIOS,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## ORDER ON SUBJECT MATTER JURISDICTION

THIS CAUSE came before the Court upon Defendant's Notice of Providing Information and Evidence Establishing Citizenship **(D.E. 62)**, filed on **February 21, 2020**.

THE COURT has considered the notice and its exhibits, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that, after review of the information and documentary evidence submitted by both the Plaintiff and the Defendant, the Court finds, by a preponderance of the evidence, that complete diversity of jurisdiction exists in this case. *See* 28 U.S.C. § 1332(a). Plaintiff submits evidence, in the form of a copy of his driver's license, that he is a citizen of Arizona. Defendant, meanwhile, furnishes the Court with the following proof to establish that it is a citizen of Panama and Florida: (1) Third Amended and Restated Articles of Incorporation of Carnival Corporation, (2) Certificate of Application to Conduct Business in Florida, (3) Foreign Profit Corporation Annual Report, and (4) Affidavit of Monica Borcegue, Litigation Representative at Carnival.

Collectively, the Court finds that these documents convincingly prove that Defendant is a foreign corporation incorporated under the laws of the Republic of Panama, with its principal place

of business in Miami, Florida. Regarding the latter, to determine a corporation's principal place of business, courts apply the "nerve center" test—"best read as referring to the place where a corporation's officers direct, control, and coordinate the corporation's activities." *Hertz Corp. v. Friend*, 559 U.S. 77, 92 (2010). Monica Borcegue's affidavit explains that Defendant's headquarter corporate office is located in Miami, where "1,786 employees, who work among 115 departments, including 26 parent departments," work each day. Furthermore, Defendant's annual report details that Defendant's highest corporate officers are located in Miami, and lists the corporation's "Current Principal Place of Business" is in Miami. The Court is satisfied that these documents collectively establish that Defendant is a citizen of Florida.

Accordingly, having found that complete diversity of jurisdiction exists, the Court returns the record, as supplemented, to the Eleventh Circuit Court of Appeals for further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 of February 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Luis Barrios
2050 West Dunlap Avenue
#D55
Phoenix, AR 85021
PRO SE

11th Circuit Ct of Appeals Court # 19-13621-G

2